**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00134-CR

## HAMID SHOHREH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82213-2013**

## ORDER

The Court suspends the 21-day requirement for notice of submission and **ORDERS** the

appeal submitted without argument, as of the date of this order, to a panel consisting of Chief

Justice Wright and Justices Myers and Brown. *See* TEX. R. APP. P. 2, 39.8.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE
